# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>) |
| Plaintiff, | ) Case No. 2:16-cv-00726-RFB-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| BRECKENRIDGE AT MOUNTAINS EDGE HOMEOWNERS ASSOCIATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Plaintiff's Motion to Remove Attorney Miles N. Clark, Esq. from the CM/ECF service list (ECF No. 34), filed on November 8, 2016.

Plaintiff's counsel represents that Miles N. Clark, Esq. is no longer associated with the law firm of Akerman LLP and therefore requests that he be removed from the electronic service list. Plaintiff's counsel represents that Akerman LLP will continue to represent Plaintiff. The movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remove Attorney Miles N. Clark, Esq. from the CM/ECF service list (ECF No. 34) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Miles N. Clark, Esq. from the CM/ECF service list in this case.

DATED this 9th day of November, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge