```
 1  SUBS
    JOHN HENRY WRIGHT, ESQ.
 2  Nevada Bar No. 6182
    **THE WRIGHT LAW GROUP, P.C.**
 3  2340 Paseo Del Prado, Suite D-305
    Las Vegas, Nevada 89102
 4  Telephone: (702) 405-0001
    Facsimile: (702) 405-8454
 5  Email: john@wrightlawgroupnv.com
    *Attorney for Defendant/Counterclaimant*
 6  *TRP FUND IV, LLC.*
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>BRECKENRIDGE AT MOUNTAINS EDGE HOMEOWNERS ASSOCIATION; TRP FUND IV, LLC; and ABSOLUTE COLLECTION SERVICES, LLC.,<br><br>Defendants. | CASE NO.2:16-cv-00726-RFB-GWF |
|---|---|
| ALL RELATED MATTERS | |

## SUBSTITUTION OF ATTORNEYS

JOHN HENRY WRIGHT, ESQ., Attorney of Record for the above-named Plaintiff, TRP FUND IV, LLC., does hereby consent to the substitution of JOSEPH Y. HONG, ESQ., of THE WRIGHT LAW GROUP, P.C., as attorney, for the Plaintiff, in the above-entitled matter in his place and stead.

DATED this 30th day of January, 2018.

>  /s/ John H. Wright
> JOHN HENRY WRIGHT, ESQ.
> Nevada Bar No. 6182
> THE WRIGHT LAW GROUP
> 2340 Paseo Del Prado, Suite D-305
> Las Vegas, Nevada 89102
> *Attorney for Defendant/Counterclaimant TRP FUND IV, LLC.*



JOSEPH Y. HONG, ESQ. does hereby agree to be substituted in the place of JOHN HENRY WRIGHT, ESQ. as attorney for TRP FUND IV, LLC., in the above-entitled matter.

DATED this 30th day of January, 2018.

/s/ Joseph Y. Hong
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 w. Twain Ave.
Las Vegas, Nevada 89135
*Attorney for Plaintiff TRP FUND IV, LLC.*

ALEXANDER PHILIPS does hereby agree to the substitution of JOSEPH Y. HONG, ESQ. , as attorney of record for Plaintiff, TRP FUND IV, LLC., in the above entitled matter in the place and stead of JOHN HENRY WRIGHT, ESQ.

DATED this 30th day of January, 2018.

ALEXANDER PHILIPS an authorized Manager of TRP FUND IV, LLC.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 02/01/2018