LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
KAREN KAO, ESQ. (Nevada Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Breckenridge at Mountain's Edge Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BRECKENRIDGE AT MOUNTAIN 'S EDGE HOMEOWNERS ASSOCIATION; TRP FUND IV, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-0726-RFB-GWF<br><br>**BRECKENRIDGE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION MOTION TO REMOVE DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |
| TRP FUND IV, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A. SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |
| TRP FUND IV, LLC,<br><br>Third-Party Plaintiff, | |

vs.

TEMICKA C. COOLEY.

        Third-Party Defendant.

    Defendant, BRECKENRIDGE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION ("Breckenridge") by and through its counsel of record, LIPSON NEILSON P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

\ \ \

\ \ \

\ \ \

LIPSON NEILSON, P.C., continues to serve as counsel for Breckenridge in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court removed David A. Markman, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 24th day of January, 2019.

            LIPSON NEILSON P.C.

            */s/ Karen Kao*
By: _____
            J. WILLIAM EBERT (NV Bar No. 2697)
            KAREN KAO, ESQ. (NV Bar No. 14386)
            9900 Covington Cross Drive, Suite 120
            Las Vegas, NV 89148
            702-382-1500 – Telephone
            (702) 382-1512 - Facsimile

            *Attorneys for Breckenridge at Mountain's Edge Homeowners Association*

## **COURT APPROVAL**

**IT IS SO ORDERED.**

**DATED:** 1/25/2019

_____
**UNITED STATES MAGISTRATE JUDGE**