ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>BRECKENRIDGE AT MOUNTAINS EDGE HOMEOWNERS ASSOCIATION; TRP FUND IV LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants,<br>And related counterclaims | Case No.: 2:16-cv-00726-RFB-GWF<br><br>**[PROPOSED] ORDER GRANTING BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP'S MOTION FOR SUMMARY JUDGMENT AND DENYING TRP FUND IV AND BRECKENRIDGE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION'S MOTIONS FOR SUMMARY JUDGMENT** |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), Breckenridge at Mountains Edge Homeowners Association, and TRP Fund IV LLC moved for summary judgment. Pursuant to the analysis made on the record, the court GRANTS BANA's motion (ECF No. 47) as to its first claim. The court finds TRP's title to the property is subject to the deed of trust recorded with the Clark County Recorder's Office as document 201004090001293. BANA's deed of trust continues to encumber the property and is superior to any right, title, interest, lien, equity, or estate of TRP, and was not extinguished by Breckenridge's foreclosure sale.

1

IT IS THEREFORE ORDERED AND ADJUDGED TRP's title to the property located at 8064 Egypt Meadows Avenue, Las Vegas, Nevada 89178, APN 176-28-511-019 and more particularly described as:

> PARCEL I:
> Lot 58 of BRECKENRIDGE @ MOUNTAIN PASS UNIT 1, a common interest community as shown by map thereof on File in Book 125 of Plats, Page 50, in the Office of the County Recorder, Clark County, Nevada.
>
> RESERVING THEREFROM a non-exclusive easement of access, ingress, egress, use and enjoyment of, in, to, and over the private streets and association property as delineated on the plat map referred to above and further defined in the Declarations of Conditions and Restrictions and Reservation of Easements for BRECKENRIDGE AT MOUNTAINS EDGE, recorded November 18, 2005 in Book 2005118 as Document No. 00920 and recorded January 6, 2006 in Book 20060202 as Document No. 04233, in the Office of the County Recorder of Clark County, Nevada.
>
> PARCEL II:
> A non-exclusive easement for access, ingress, and use of, in and over the Association Property as provided for in and subject to that certain Declaration of Conditions and Restrictions and Reservation of Easements for BRECKENRIDGE AT MOUNTAINS EDGE, recorded November 18, 2005 in Book 20051118 as Document No. 00920 and recorded January 6, 2006 in Book 20060202 as Document No. 04233, in the Office of the County Recorder of Clark County, Nevada

remains encumbered by the deed of trust.

Because the court finds the deed of trust was not extinguished by Breckenridge's foreclosure sale, the court dismisses all remaining causes of action BANA asserts as moot.

The court DENIES TRP's summary judgment motion (ECF No. 49) in its entirely. The court DENIES AS MOOT Breckenridge's summary judgment motion (ECF No. 48.)

The court further ORDERS any lis pendens recorded against the property related to this action, as document 20160407-0000539, is expunged and released.

Dated September 18, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Submitted by:*

**AKERMAN LLP**

*/s/ William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*


*Reviewed by:*

**HONG & HONG LAW OFFICE**

*/s/ Joseph Y. hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135

*Attorney for TRP Fund IV, LLC*


**LIPSON NEILSON, P.C.**

*/s/ Karen Kao*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Breckenridge at Mountain's Edge Homeowners' Association*